1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

11 HUGH C. JOHNSON,                           )   Case No.: 1:12-cv-01881 - JLT
                                             )
12          Plaintiff,                       )   ORDER DISCHARGING THE ORDER TO SHOW
                                             )   CAUSE DATED AUGUST 15, 2013
13     v.                                    )
                                             )   (Doc. 15)
14 COMMISSIONER OF SOCIAL SECURITY,          )
                                             )
15          Defendant.                       )
   _____  )
16

17          On  August 15, 2013, the Court issued an order to show cause to Plaintiff why the action should

18 not be dismissed for his failure to comply with the Court's Scheduling Order by serving Defendant with

19 a confidential letter brief, and his failure to prosecute the action.  (Doc. 15).  The Court ordered

20 Plaintiff to either show cause or serve Defendant with a confidential letter brief on or before August 30,

21 2013.  *Id.* at 2.  Plaintiff filed a response to the order on August 28, 2013, in which he reported he "was

22 under the impression that all necessary parties and paper work had been received."  (Doc. 16 at 1).

23          Given Plaintiff's misunderstanding that all documents necessary had been completed, and his

24 pro se status, the Court extended the deadline for Plaintiff to comply with the terms of the Court's

25 orders to serve Defendant with a confidential letter brief.  (Doc. 18).  Plaintiff was ordered to serve

26 Defendant with a confidential letter brief on or before September 20, 2013 and file a proof of service

27 with the Court.  *Id.* at 2.  In addition, Defendant was ordered to inform the Court whether or not the

28 confidential brief was received no later than September 27, 2013.  *Id.*

On September 20, 2013, Plaintiff filed a certificate of service (Doc. 19), and Defendant has confirmed receipt of a confidential letter brief.  (Doc. 20).  Accordingly, Plaintiff has complied with the terms of the Court's orders, and the order to show cause dated August 15, 2013 (Doc. 14) is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **September 27, 2013**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE