UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGH C. JOHNSON,<br><br>            Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No.: 1:12-cv-01881 - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED JANUARY 8, 2014<br><br>(Doc. 23) |

On January 8, 2014, the Court issued an order to show cause to Plaintiff why the action should not be dismissed for his failure to prosecute the action and failure to comply with the Court's Scheduling Order by timely filing an opening brief. (Doc. 23). On January 24, 2014, Plaintiff filed a response to the Court's order to show cause, requesting an extension of time. (Doc. 24.) Although the Court granted Plaintiff an extension of time to file his opening brief, the Order to Show cause remained in effect to "be discharged upon the filing of Plaintiff's opening brief." (Doc. 25 at 3.) Plaintiff has filed his opening brief in the matter, in compliance with the Court's orders. (Doc. 26.)

Accordingly, IT **IS HEREBY ORDERED** that the Order to Show Cause dated January 8, 2014 (Doc. 23) is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **March 6, 2014**              **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28